APRIL M. LINSCOTT, ISB #7036
OWENS, MCCREA & LINSCOTT, PLLC
8596 N. Wayne Drive, Ste. A
Hayden, ID 83835
Telephone: (208) 762-0203
Facsimile:  (208) 762-0303
E-mail:  alinscott@omllaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBIN D. ANDREWS, individually, and as Personal Representative of the Estate of Craig A. Johnson,<br><br>      Plaintiff,<br><br>vs.<br><br>BONNER COUNTY, a political subdivision of the State of Idaho, BONNER COUNTY SHERIFF'S OFFICE, a department of Bonner County, BONNER COUNTY SHERIFF DARYL WHEELER, in his individual and official capacity, GARY MADDEN, in his individual and official capacity, SHAWN DEEM, in his individual and official capacity, JORDAN THOMSON, in his individual and official capacity, TED SWANSTROM, in his individual and official capacity, PHIL STELLA, in his individual and official capacity, and TIM REYNOLDS, in his individual and official capacity, and DOES 1-10,<br><br>      Defendants. | Case No. 2:18-cv-244<br><br>**MOTION TO SET BOND AMOUNT UNDER IDAHO CODE § 6-610** |

   COMES NOW Plaintiff, by and through counsel, and moves this Court to set the amount of the sureties required pursuant to Idaho Code § 6-610.

MOTION TO SET BOND AMOUNT UNDER IDAHO CODE § 6-610 - 1

In support, Plaintiff[1] states:

1. Plaintiff intends to file a Complaint against certain law enforcement officers and governmental entities, raising federal civil rights claims and state law claims. The Complaint alleges that on September 26, 2017, Plaintiff's constitutional rights were violated when law enforcement officers attempted to execute an invalid warrant and used excessive and unlawful force, in violation of the 4th Amendment of the Constitution of the United States, when issuing said warrant. Specifically, the law enforcement officers shot and killed the Plaintiff's husband, Craig A. Johnson. The Complaint also alleges that Idaho's Public Records Acts were violated when the Defendants only made public small press releases regarding the incident and claimed summarily that their information about the shooting falls within an exception to the public records request.

2. Idaho state law requires a person who intends to file a lawsuit against a law enforcement officer to first post "a written undertaking with at least two (2) sufficient sureties in an amount to be fixed by the court." *Idaho Code § 6-610(2)*. There is no similar requirement that precludes Plaintiff from brining her federal question claims.

3. The state law claims arise out of the same common nucleus of operative facts as the federal claims. Therefore, the defense of the state law claims will likely not cause the defense to incur additional costs to defend. The purpose of Idaho Code § 6-610 in insuring the diligent prosecution of claims and payment of costs and expenses is defeated in that the bulk of Plaintiff's claims can be prosecuted without bond. Therefore, Plaintiff requests that the bond amount be set at $100.00 each, for a total of $200.00.

---

[1] Though a Complaint has not yet been filed, for ease of reference, the potential plaintiff in this action will be referred to simply as "Plaintiff." A copy of the Complaint is attached.

4. Plaintiff's attorney, April Linscott, has also inquired, in the past, of local bonding company representatives and an insurance agent about the feasibility of acquiring the type of "written undertaking" that is contemplated by Idaho Code § 6-610. She has been informed that this is an unusual bonding requirement, that the market for the bond is poor, and that sureties are generally disinclined to underwrite it. Thus, making it impossible for Plaintiff to meet her obligations, except for paying a full cash value amount compared to only a percentage of the face value of the bond, which is meant to satisfy the requirement.

5. Other attorneys have represented to this Court that they have run into similar problems of acquiring this type of written undertaking. *See*, *Linscott Decl*. filed herewith.

Accordingly, Plaintiff respectfully requests that the Court set the surety amount, under Idaho Code § 6-610, at ($100.00 each) so that the Plaintiff will be able to satisfy the requirement and proceed with the filing of her Complaint.

DATED this 1st day of June, 2018.

OWENS, McCREA & LINSCOTT, PLLC

s/ April M. Linscott
APRIL M. LINSCOTT, ISB#7036
Attorneys for Plaintiff